**ALBERT LEIBOVITZ, alias ALBERT USHER, v. THE STATE OF FLORIDA.**

9 So. (2nd) 190                   Division B
July 7, 1942

Ernest E. Roberts and B. K. Roberts, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, Woodrow M. Melvin, Special Assistant Attorney General, John M. Murrell and L. J. Cushman, for appellee.

PER CURIAM:

From a perusal of the record we have the conviction that the evidence amply sustains the judgment of the criminal court of record, therefore, it is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.